UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY XITUMUL JERONIMO, | CASE NO. 2:26-cv-00893-LK |
| Petitioner, | ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court sua sponte. Petitioner Danny Xitumul Jeronimo filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 3, 4. Because Xitumul Jeronimo is unrepresented and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1.  The reply deadline of May 4, 2026 is extended to May 18, 2026. The Government shall note its response for May 18, 2026. However, if a reply is filed earlier than May 18, 2026, the Court will consider the habeas petition ripe for review at that time.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

2. The government shall provide Xitumul Jeronimo at least 7 days (168 hours) notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States.

The Clerk shall mail a copy of this Order to Xitumul Jeronimo.

Dated this 17th day of April, 2026.

Lauren King
United States District Judge

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2