UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY XITUMUL JERONIMO,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-00893-LK

SECOND ORDER TO SHOW CAUSE

This matter comes before the Court on its own review of the record. Petitioner Danny Xitumul Jeronimo seeks a writ of habeas corpus ordering his release from the Northwest ICE Processing Center ("NWIPC") or a bond hearing. Dkt. No. 3 at 2. However, Xitumul Jeronimo's current custodian, the warden of the NWIPC, is not named as a respondent in the habeas petition. *Id.* at 1. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); s*ee Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). For this matter to proceed, Xitumul Jeronimo must name his current custodian as a respondent in his habeas petition. Otherwise, the Court does not have jurisdiction to review the petition.

SECOND ORDER TO SHOW CAUSE - 1

On May 8, 2026, the Court ordered Xitumul Jeronimo to show cause by May 26, 2026 why this matter should not be dismissed for failure to name a proper respondent, or, in the alternative, file an amended petition that adds the warden as a respondent. Dkt. No. 10 at 2. On May 20, 2026, Xitumul Jeronimo filed his reply to Respondent's response to his habeas petition. Dkt. No. 11. The reply included "Warden—Bruce Scott" as a Respondent in the caption, *id.* at 1, but did not otherwise respond to the order to show cause. Nor has Xitumul Jeronimo filed an amended petition. A petitioner cannot amend his habeas petition through his reply brief. *See, e.g.*, *Borroto v. Scott*, No. 2:26-cv-00409-LK, 2026 WL 709775, at *3 n.4 (W.D. Wash. Mar. 13, 2026).

Accordingly, the Court again ORDERS Xitumul Jeronimo to SHOW CAUSE why his petition should not be dismissed for lack of jurisdiction.

(1)     Xitumul Jeronimo may show cause by either (1) filing a document explaining why the Court has jurisdiction over his **original** petition or (2) filing an **amended** petition no later than June 17, 2026 that adds the warden as a respondent. An amended petition is a new version of the original habeas corpus petition (Dkt. No. 3) filed in this case. That amended petition must include the warden as a respondent and must be signed by Xitumul Jeronimo.

(2)     If Xitumul Jeronimo files an amended habeas petition, Respondents may file a return to the amended petition within 14 days thereafter. Respondents may also choose to rely on their original return by notifying the Court within that time.

(3)     If Xitumul Jeronimo files an amended petition and Respondents file an amended return, he may file a reply no later than 14 days after Respondents file their amended return. He may also choose to rely on his original reply by notifying the Court within that time.

(4)     The Clerk is directed to send a copy of the 2241 Immigration Petition for Writ of Habeas Corpus with instruction sheet to Xitumul Jeronimo with this order.

SECOND ORDER TO SHOW CAUSE - 2

If no response or amended petition naming the warden as a respondent is received by June 17, 2026, the Court will dismiss the petition without prejudice.

Dated this 2nd day of June, 2026.

Lauren King
United States District Judge

SECOND ORDER TO SHOW CAUSE - 3